## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,      )

                       )

          Plaintiff,        )

                       )

     vs.                 )     No.   23-03027-02-CR-SW-BP

                       )

NATHANIEL THOMPSON,       )

                       )

         Defendant.     )

## ACCEPTANCE OF PLEA OF GUILTY AND
## ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Superseding Indictment filed on October 18, 2023 and admitted to the Forfeiture Allegation is now Accepted and the Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.

                                    */s/ Beth Phillips*
                                  **BETH PHILLIPS**
                                  **UNITED STATES DISTRICT JUDGE**

Date:   November 25, 2024